■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WELCH FITZGERALD, Appellant. [1 NYS3d 873]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered on or about November 19, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Feinman, Clark and Kapnick, JJ.

■ JAMES AUGUSTUS PROCTOR et al., Respondents, v ALCOA, INC., et al., Defendants, and ANDAL CORP., Appellant. [999 NYS2d 740]—Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered July 1, 2014, which denied the motion of defendant Andal Corp. (Andal) for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

The record presents triable issues of fact as to whether Andal's alleged predecessors-in-interest performed certain construction work at the former World Trade Center site, and were responsible for plaintiff's exposure to asbestos at the site (*see generally Vega v Restani Constr. Corp.*, 18 NY3d 499, 503 [2012]). Although plaintiff failed to identify any entity that used asbestos during the period that he worked at the site in 1970, he submitted sufficient evidence to raise a triable issue of fact as to whether Andal's alleged predecessors-in-interest were present during that period and used an asbestos product in the area in which plaintiff worked.

We have considered Andal's remaining arguments, and find them unavailing. Concur—Acosta, J.P., Renwick, Feinman, Clark and Kapnick, JJ. **[Prior Case History: 2014 NY Slip Op 31700(U).]**